# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CASANDRA T. ARTHUR,<br>[DOB: 09/26/1970]<br><br>        Defendant. | Case No. 24-00133-01-CR-W-SRB<br><br>**COUNT ONE:**<br>18 U.S.C. § 1709<br>*Theft of Mail Matter by Postal Service Employee*<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>$100 Mandatory Special Assessment<br><br>Restitution May be Ordered |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

1. CASANDRA T. ARTHUR was employed as a postal employee for the United States Postal Service, and was entrusted with mail matter consisting of packages and letters that were in the United States mail and intended to be conveyed by mail.

2. The United States Postal Service is an independent establishment of the executive branch of the United States government, responsible for providing postal service in the United States.

3. Between on or about May 17, 2023, and on or about September 11, 2023, in the Western District of Missouri, the defendant, CASANDRA T. ARTHUR, who was then a Postal Service employee, did knowingly (a) embezzle mail matter, including, but not limited to letters, packages, mail, and articles and things contained therein, and (b) steal, abstract, and remove articles and things contained within such letters, packages, and mail, which items were entrusted

to her and came into her possession intended to be conveyed by mail, contrary to the provisions of Title 18, United States Code, Section 1709.

                                                Teresa A. Moore
                                                United States Attorney

                                                /s/ Rudolph R. Rhodes IV
                                                Rudolph R. Rhodes IV
                                                Assistant United States Attorney

Dated: 6/20/2024
Kansas City, Missouri